```
RUN DATE 08/31/09                                                            PAGE: 01
RUN TIME  3:20 PM           *   *   *   C L E R K ' S   E N T R I E S   *   *   *
                                                                             2009-07-004343-G

                                    00675601
                                    DAX O. FAUBUS                    (10)              07   28   09
        SUN COAST PLUMBING CO., INC.
                                    1010 LAMAR , STE 1020
                                    HOUSTON, TEXAS      77002 0000   FORECLOSURE ON MINERAL LIEN
                    VS
                                    00915901
  SHELL OFFSHORE INC., BP EXPLORATION, ET AL   CLIFF I. TAYLOR
                                    2323 BRYAN ST., STE. 2200
                                    DALLAS, TEXAS       75201 2689


                                                07/28/09 ORIGINAL PETITION FILED
                                                07/28/09 CITATION (CM): SHELL OFFSHORE INC.
                                                07/28/09    SERVED: 08/03/09    FILED: 08/06/0
                                                07/28/09 CITATION (CM): CHEVRON U.S.A. INC.
                                                07/28/09    SERVED: 07/31/09    FILED: 08/06/0
                                                07/28/09 CITATION (CM): NEXEN PETROLEUM
                                                         OFFSHORE U.S.A.
                                                07/28/09    SERVED: 07/31/09    FILED: 08/06/0
                                                07/28/09 CITATION (CM): UNION OIL COMPANY
                                                07/28/09    SERVED: 07/31/09    FILED: 08/06/0
                                                07/28/09 CITATION (CM): BP EXPLORATION &
                                                         PRODUCTION INC.
                                                07/28/09    SERVED: 07/31/09    FILED: 08/05/0
                                                08/17/09 ORIGINAL ANSWER: NEXEN PETROLEUM
                                                         OFFSHORE U.S.A.
```