C

# FAUBUS | TAFT | SCARBOROUGH | LLP

ATTORNEYS AND COUNSELORS

713-222-6400　　　　　1010 LAMAR, SUITE 1020　　　　　713-222-7240
TELEPHONE　　　　　　HOUSTON, TEXAS 77002　　　　　　FACSIMILE

DAX O. FAUBUS
dfaubus@ftslawfirm.com

December 23, 2008

**VIA CM/RRR 7004 2510 0000 6458 7166**
Shell Oil Company
c/o CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201

RE: Notice of lien claimed by Sun Coast Plumbing Co., Inc. against mineral property owned by Shell Oil Company to secure payment for labor and materials supplied to Delta Engineering Corporation for the Perdido Regional Development Spar.

To Whom It May Concern:

This letter will serve as written notice that Sun Coast Plumbing Co., Inc. ("Sun Coast") claims a lien against mineral property ("lien"), to the extent that the property is owned by Shell Oil Company or its subsidiaries, on offshore oil and gas fields located in the Alaminos Canyon region of the Gulf of Mexico. These fields include Great White, Silvertip, and Tobago located on leases owned in part or whole by Shell Oil Company or its subsidiaries on blocks 815, 857, 858, and 859 of Alaminos Canyon; approximately 200 miles south of Freeport, Texas. It is my understanding that the above fields are to be developed by the Perdido Regional Development Spar, the topside of which is currently being constructed.

Sun Coast contracted with Delta Engineering Corporation ("Delta") to provide material and labor for the construction of living quarters to be attached to the hull of the Perdido Regional Development Spar and used in the production of oil and gas. Delta is a Texas corporation located at 16415½ Jacintoport Boulevard, Houston, Texas 77015. Delta is performing work on the Perdido Regional Development Spar living quarters under a contract with Shell Oil Company's subsidiary Shell International Exploration & Production. Sun Coast has provided material and labor to Delta for which it has not been

FAUBUS | TAFT | SCARBOROUGH | LLP
December 23, 2008
Page 2

compensated and remains unpaid in the amount of $249,504.00. Therefore, Sun Coast is entitled to a lien against the mineral property, which is believed to be owned by Shell Oil Company through its subsidiary Shell Offshore Inc.

All offshore mineral leasehold interests, drilling equipment, pipelines, pipeline right-of-ways, material, machinery, buildings, and appurtenances used in connection with the Perdido Regional Development are subject to the lien claimed. Sun Coast claims this lien to secure payment for labor and services rendered to Delta. Under Texas Property Code § 56.043, Shell Oil Company may withhold payment to Delta in the amount claimed above. A lien affidavit will be filed no earlier than ten (10) days from the date this notice is served.

Please feel free to contact me with any questions about this lien notice or Sun Coast's dealings with Delta. Please also direct further correspondence regarding this matter to the undersigned as attorney for Sun Coast.

Very truly yours,

*Dax O. Faubus*   w/p *RJ*

Dax O. Faubus

RFG:mlr

cc:  Shell Oil Company                          *VIA CM/RRR 7004 2510 0000 6458 6558*
     Shell Offshore Inc.                        *VIA CM/RRR 7004 2510 0000 6458 6565*
     Shell International Exploration
     and Production Inc.                        *VIA CM/RRR 7004 2510 0000 6458 6572*
     Royal Dutch Shell plc                      *VIA FIRST CLASS MAIL*
     Louis Bevrotte                             *VIA EMAIL*
     Patrick S. Quinn                           *VIA U.S. MAIL*
     Delta Engineering Corporation              *VIA U.S. MAIL*