F



Cameron County
Joe G. Rivera
County Clerk
Brownsville, TX 78520

70 2009 00021938

---

**Instrument Number: 2009-00021938**

As

**Recorded On: June 01, 2009**    **Real Property**

**Parties:**    **Billable Pages: 44**

**To**    **Number of Pages: 45**

**Comment:**

( Parties listed above are for Clerks reference only )

**\*\* Examined and Charged as Follows: \*\***

Real Property    188.00

**Total Recording:**    188.00

---

\*\*\*\*\*\*\*\*\*\*\*\* **DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT** \*\*\*\*\*\*\*\*\*\*\*\*

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**    **Record and Return To:**

Document Number: 2009-00021938
Receipt Number: 472995    FAUBUS TAFT SCARBOROUGH, LLP
Recorded Date/Time: June 01, 2009 01:40:05P    1010 LAMAR, STE 1020
Book-Vol/Pg: BK-OR VL-16051 PG-138    HOUSTON TX 77002
User / Station: L Cantu - Cash Station #6

---



I hereby certify that this instrument was filed on the date and time stamped hereon and was duly recorded in the Official Public
Records in Cameron County, Texas

Joe G. Rivera
Cameron County Clerk

000219

## SUPPLEMENTAL AFFIDAVIT FOR LIEN AGAINST MINERAL PROPERTY

|  |  |
|---|---|
| | § |
| | § |
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |
| | § |
| | § |
| | § |

The Affiant, Patrick S. Quinn, whose signature appears below, after first being duly sworn did state as follows:

"My name is Patrick S. Quinn. I am over the age of 18 and competent to make this affidavit. The statements contained herein are true and correct based upon my personal knowledge.

"Sun Coast Plumbing Co., Inc. ("Claimant"), acting by and through its duly authorized agent, the undersigned affiant, claims a lien for labor and services performed and for materials and equipment furnished under contract with a mineral contractor for the benefit of the owner of the oil, gas, and mineral estate described below located adjacent to the Texas coast in the Gulf of Mexico, and makes this statement claiming a lien under and pursuant to Section 56 of the Texas Property Code, and further shows that:

1. The name of the owner or reputed owner of the oil, gas, and mineral leasehold estate against which the lien is claimed is Shell Offshore Inc., and its mailing address is P.O. Box 2463, Houston, Texas 77252.

2. The name of the claimant is Sun Coast Plumbing Co., Inc., and its mailing address is 1204 Missouri Street, South Houston, Texas 77587.

3. Claimant contracted with Delta Engineering Corporation ("Delta") to provide material and labor for the construction of living quarters to be attached to the hull of the Perdido Regional Development Spar ("Perdido"), owned in part and operated by Shell Oil Company and its subsidiaries and/or affiliates. A true and correct copy of the purchase order between Delta and Claimant is attached hereto and incorporated by reference. Delta is a Texas corporation located at 16415½ Jacintoport Boulevard, Houston, Texas 77015. Delta has engineered and contracted the living quarters for the benefit of Shell Oil Company and its subsidiary or affiliate Shell Offshore Inc. It is believed that Delta is operating under contract with Shell International Exploration & Production, another subsidiary of Shell Oil Company. Delta is indebted to Claimant for labor and services performed and for materials and equipment furnished under contract as set forth in this affidavit.

4. An Affidavit for Lien Against Mineral Property ("Original Affidavit") was filed by Claimant and recorded in the public records of Cameron County on January 22, 2009 (Document Number: 00002555). The Original Affidavit was based on the same underlying purchase order and includes all previous claims for labor and materials provided. However, since the filing of the Original Affidavit, additional work has been performed by Claimant on Perdido, additional invoices have come due and retainage is now due. Therefore, the amount claimed under this lien affidavit is increased from $249,504.00 to $656,884.72. Said amount is just and reasonable and is due and unpaid. Said claim constitutes the reasonable value of the materials furnished and labor performed after all credits, offsets, and payments have been allowed.

5. Claimant timely served written notice that the amount claimed under the Original Affidavit has been increased on the property owner or the owner's agent, representative, or receiver. Claimant, as of the last date it gave notice to the mineral property owner, claims a total amount past due from Delta of at least $656,884.72. The items of the claim and the dates of the labor and services performed and the materials furnished are duly set forth in the true and correct copies of invoices attached hereto and incorporated by reference. Labor was performed and materials were delivered on or about the dates invoiced. Further, Labor was performed and materials were delivered as recently as February 2009.

6. A lien is claimed in the total amount of $656,884.72, plus interest, against all of the following described oil, gas, and mineral leasehold estates, in the aggregate and as a unit, owned by Shell Offshore Inc. in the Gulf of Mexico adjacent to the Texas coast, as well as upon the buildings and appurtenances, and upon the materials, machinery, and supplies owned by that owner and used in drilling, operating, producing, completing, maintaining, or repairing any oil or gas well, and upon such oil well or wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest, and land used in operating for oil, gas, and other minerals, upon these leaseholds or pipeline and pipelines rights-of-way thereon, for which the materials, machinery, or supplies were furnished or labor performed.

7. Mineral leaseholds subject to lien:

All offshore leasehold and production interests, to the extent to which they are owned by Shell Offshore Inc. and developed by or used in connection with Perdido, located in the Western Gulf of Mexico Region, Alaminos Canyon, blocks 815, 857, 858, and 859. The federal leases believed to be subject to this lien include, but are not limited to, OCS-G19409, OCS-G17565, OCS-G17566, and OCS-G20871. Additionally, Sun Coast claims a lien on all mineral property used in connection with Perdido.

Patrick S. Quinn

STATE OF TEXAS                    §
                                  §
COUNTY OF HARRIS                  §

SWORN TO and SUBSCRIBED before me on this the 26th day of May, 2009.

Notary Public, State of Texas

CYNTHIA A. SANCHEZ
MY COMMISSION EXPIRES
April 25, 2010

After recording, return to:
Faubus|Taft|Scarborough|LLP
1010 Lamar, Suite 1020
Houston, Texas 77002

DELTA

16415½ Jacintoport Blvd.
P.O. Box 530
Channelview, Texas 77530
713/461-6200 · FAX 713/452-6239

**PURCHASE ORDER**

NO. 2 - 3040-24-001   2/02/07

**IMPORTANT**
This Order Is Subject To All Terms And Conditions Printed Or
Reverse Side Hereof Unless Otherwise Stated On Face Of This
Order.
It Is Agreed That One Of The Primary Reasons For Awarding This Order To Your
Company Is Because Of Your Promised Shipping Date

VENDOR

SUNCOAST PLUMBING CO., INC.
1204 MISSOURI STREET
SOUTH HOUSTON, TEXAS 77587
ATT: RICHARD CONTRERAS
PHONE: 713-944-0046
FAX: 713-944-3744

SHIP TO
DELTA ENGINEERING CORPORATION
16415 1/2 JACINTOPORT BLVD.
HOUSTON, TEXAS 77015
WAREHOUSE: JOE AGUIRRE
PURCHASING: GEORGE RYPPLE

| 721611 | HOUSTON,TEXAS | DESTINATION | VENDOR TRUCK | NET 45 | 241215 | 478780.00 | 478780.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | WESTBROOK | SYLVIA |

THIS IS A CONFIRMING PURCHASE ORDER
FAXED BY SYLVIA TO RICHARD ON 2/2/07.
DO NOT DUPLICATE

PROVIDE THE FOLLOWING MATERIAL IN
ACCORDANCE WITH THE WRITTEN DESCRIPTION.

1   LOT SUBCONTRACTOR TO PROVIDE ROUGH IN
(WASTE, WATER AND VENT LINES) TOP OUT AND
COLD WATER LINES IN EXTERIOR WALL AND
CEILING. POTABLE WATER PIPING TO BE
TYPE K HARD DRAWN COPPER AND ALL WASTE
AND VENTS TO BE CPVC. REFERENCE SUNCOAST
PLUMBING PROPOSAL DATED JULY 20, 2006
(REVISED 7-26-06)FOR DELTA PROPOSAL 7703

ALL FIXTURES AND EQUIPMENT ARE TO BE
PROVIDED BY THE GENERAL CONTRACTOR.
PAYMENT TERMS NET 45 DAYS.
PROGRESSIVE BILLING ON LABOR EXPENDED.

1/01/08

**SPECIAL INSTRUCTIONS**
All Invoices, Packages, Packing Lists and Correspondence
Must Show Our Purchase Order Number And Item Numbers.
Tag All Items Shipped With These Numbers. INVOICES WILL
NOT BE PROCESSED FOR PAYMENT UNTIL THE SIGNED
ACKNOWLEDGEMENT OF PURCHASE ORDER IS RE-
CEIVED BY DELTA ENGINEERING CORPORATION.

DELTA ENGINEERING CORPORATION

By    PURCHASING AGENT

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 8/1/2007 | 26477A |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Shell Perdido<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| 2-3040-24-001 | | 8/1/2007 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Job mobilization and start up materials for the contract bid to complete the plumbing portion of the living quarters.<br><br>First draw for contract | | 76,828.50 |

| **Total** | **$76,828.50** |
|-----------|---------------|
| **Balance Due** | **$7,682.85** |

Master Plumbers License
-20856
-37132

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 2/20/2008 | 26477B |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 4/5/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progressive billing for the contract bid to provide plumbing service. Billing is for 3% of the contract.<br><br>Progressive billing of 3% |  | 16,757.30 |

Master Plumbers License
M-20856
M-37132

| **Total** | $16,757.30 |
|-----------|-----------|
| **Balance Due** | $1,675.73 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 4/21/2008 | 26477C |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Shell Perdido<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Due on receipt | 4/21/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Draw request for the purchase of the CPCV piping for one floor. | | |
| Draw Request Materials Purchase | | 60,000.00 |

Master Plumbers License
M-20856
M-37132

| Total | $60,000.00 |
|-------|-----------|
| Balance Due | $6,000.00 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 5/13/2008 | 26477D |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 6/27/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progress billing for the contract bid to provide plumbing service for the Perdido LQ. This brings total billing to 40%.<br><br>Progress billing |  | 45,609.05 |

Master Plumbers License
M-20856
M-37132

| Total |  | $45,609.05 |
|-------|--|-----------|
| **Balance Due** |  | $4,560.91 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 5/13/2008 | 26477E |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| 2-3040-24-01 | Net 45 | 6/27/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order billing. Change order to move the water heaters to the roof. | | |
| Contract Price | | 3,202.53 |
| Change order billing. Change order to add six additional water heater and a UV purifier. | | |
| Contract Price | | 33,410.00 |
| Change order billing. Change order to change the toilets to rear discharge. | | |
| Contract Price | | 13,096.00 |
| Change order billing. Change order to use copper in lieu of CPVC. | | |
| Contract Price | | 5,730.00 |

Master Plumbers License
M-20856
M-37132

| Total | $55,438.53 |
|-------|-----------|
| Balance Due | $5,543.85 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 6/18/2008 | 26477F |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 8/2/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progressive billing for the contract bid to provide plumbing service for the living quarters.<br><br>Billing total @ 50%- this draw = 10% |  | 47,878.00 |

Master Plumbers License
1-20856
1-37132

| **Total** | $47,878.00 |
|-----------|-----------|
| **Balance Due** | $4,787.80 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 6/18/2008 | 26477G |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 8/2/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change Order<br>Purchase of ( 5 ) 4" dialectic flanges for over the water cooler area. |  |  |
| Contract Price |  | 2,875.00 |
| Change Order<br>Extending the 4" stainless steel domestic water line above the ceiling on the 2nd floor per Dwayne with Shell. |  |  |
| Contract price |  | 1,225.00 |

Master Plumbers License
A-20856
A-37132

| Total | $4,100.00 |
|-------|-----------|
| **Balance Due** | $410.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 7/15/2008 | 26477H |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 8/29/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progressive billing for the contract bid to provide plumbing service for the living quarters. Brings total billing to 65%.<br><br>Progress billing | | 71,817.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $71,817.00 |
|-----------|------------|
| **Balance Due** | $7,181.70 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 7/15/2008 | 26477I |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Due on receipt | 7/15/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change Order<br>Pressure testing of the black and gray water lines as well as the stainless domes above the cooler area.<br><br>Contract Price | | 1,435.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | | $1,435.00 |
|-----------|--|-----------|
| **Balance Due** | | $143.50 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 8/13/2008 | 26477J |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| 2-3040-24-001 | Net 45 | 9/27/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progressive billing for the contract bid to provide plumbing service for the living quarters. Brings total billing to 69%.<br><br>Progress billing total of 69%- corrected invoice to bring billing to 69% | | 71,817.00 |

Master Plumbers License
M-20856
M-37132

| Total | $71,817.00 |
|-------|-----------|
| **Balance Due** | $7,181.70 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 8/26/2008 | 26477K |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| 2-3040-24-001 | Due on receipt | 8/26/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order to extend the stainless steel piping from the belly pan to the 1st floor extending over the galley.<br><br>Contract Price | | 4,600.00 |

Master Plumbers License
M-20856
M-37132

| Total | $4,600.00 |
|-------|-----------|
| **Balance Due** | $460.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 10/1/2008 | 26477Q |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Change Order<br>Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Due on receipt | 10/1/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Installation of Type K copper lines for the fire sprinkler fill line. | | |
| | | |
| Contract Price | | 6,275.00 |
| Parts List | | |
| 2" Type K Copper | 75 | 0.00 |
| 2" Copper Tee | 1 | 0.00 |
| 2" Copper 90 | 12 | 0.00 |
| 2" Copper Coupling | 3 | 0.00 |
| 2" Ball Valve | 2 | 0.00 |
| Unistrut | 25 | 0.00 |
| Hangers | 25 | 0.00 |
| Solder | 8 | 0.00 |
| Flux | 8 | 0.00 |
| Acetylene | 4 | 0.00 |
| Fire Caulk | 5 | 0.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $6,275.00 |
|-----------|-----------|
| **Balance Due** | $6,275.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 10/6/2008 | 26477L |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Due on receipt | 10/6/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Procurement of the copper fittings to change out the black and gray water lines to copper lines over the computer room, control room, operations room, galley and the dining room. ( Rooms- 221, 232, 230, 103 and 104). This billing is for approximately 75% of the materials that will be needed. We are still working on the take off. Once take off is complete we will have a complete estimation of the materials needed.<br><br>Materials procurement | | 42,000.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $42,000.00 |
|-----------|-----------|
| **Balance Due** | $42,000.00 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| | DATE | JOB # |
|---|---|---|
| | 10/10/2008 | 26477N |

| BILL TO | SERVICE TO |
|---|---|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Change Order<br>Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| 2-3040 | Due on receipt | 10/10/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Change order to install three PRV's and flanges in rooms 103,230, and 309. | | |
| Contract Price | | 3,380.00 |
| Change order for the addition of the 2" dry valve drip drain and vent line in room 227. | | |
| Contract Price | | 3,975.00 |
| Change order for the installation of a 2" backflow device and drain on the fire fill line under the 1st floor under the stairwell in room 111. | | |
| Contract Price | | 7,650.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $15,005.00 |
|---|---|
| **Balance Due** | $15,005.00 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 10/10/2008 | 264770 |

**BILL TO**

Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015

**SERVICE TO**

Change Order
Perdido LQ
DEC 3040
Approved by AJ per RC

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Due on receipt | 10/10/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Service to remove the previously installed 4" CPVC gray and black water in the ceiling of room 232. |  |  |
|  |  |  |
| Contract Price |  | 780.00 |

Master Plumbers License
M-20856
M-37132

| Total | $780.00 |
|-------|---------|
| **Balance Due** | $780.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 10/10/2008 | 26477P |

| BILL TO |
|---------|
| Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015 |

| SERVICE TO |
|------------|
| Change Order
Perdido LQ
DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Due on receipt | 10/10/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Service to install the supply and the drain line for the water wash hoods ( 2  total ). | | |
| Contract Price | | 6,925.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $6,925.00 |
|-----------|-----------|
| **Balance Due** | $6,925.00 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 10/24/2008 | 26477R |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 12/8/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progressive billing for the contract bid to provide plumbing for the living quarters. | | |
| Progressive Billing | | 23,939.00 |

Master Plumbers License
A-20856
A-37132

| Total | $23,939.00 |
|-------|-----------|
| Balance Due | $23,939.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 11/14/2008 | 26477S |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|          | Net 45 | 12/29/2008 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Progressive billing draw. | | |
| Progressive billing | | 21,000.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $21,000.00 |
|-----------|-----------|
| **Balance Due** | $21,000.00 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477T |

**BILL TO**

Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015

**SERVICE TO**

Shell Perdido LQ
DEC 3040

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Due on receipt | 1/9/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order for the additional removal of the CPVC waste lines that had already been installed and the installation of the copper waste lines within the ceiling of the first and the second floors within rooms 104, 232 and 231. | | |
| | | |
| 1649 hours of labor divided out between 11 plumbers | 1,649 | 115,430.00 |
| 437 hours of labor divided between 5 helpers | 437 | 19,665.00 |
| | | |
| Final billing for the copper materials for the change order to have copper waste lines in lieu of the CPVC as stated in the original bid. | | |
| | | |
| Materials | | |
| Room 104 | | 11,713.00 |
| 4" Type K Copper Pipe | 120 | 0.00 |
| 3" Type K Copper Pipe | 12 | 0.00 |
| 4" Dialectic Flange | 10 | 0.00 |
| 4" Brass Wye | 7 | 0.00 |
| 2" Copper P-trap | 2 | 0.00 |
| 4" x 2" Copper Fitting Reducer | 2 | 0.00 |
| 4" x 3" Copper Fitting Reducer | 1 | 0.00 |
| 2" Copper Wye | 2 | 0.00 |
| 2" Copper 45 | 4 | 0.00 |
| 4" Dialectic Coupling | 4 | 0.00 |
| 2" Dialectic Coupling | 1 | 0.00 |
| 4"x2" Copper Wye | 1 | 0.00 |
| 4" Copper 90 | 3 | 0.00 |
| 4" Copper Long Sweep 90 | 3 | 0.00 |

Master Plumbers License
20856
37132

| **Total** | |
|-----------|---|
| **Balance Due** | |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477T |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Due on receipt | 1/9/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| 4" Copper 45 | 17 | 0.00 |
| 3" x 2" Copper Fitting Reducer | 2 | 0.00 |
| 4" Copper Unistrut Clamp | 36 | 0.00 |
| 3" Copper Unistrut Clamp | 2 | 0.00 |
| 2" Copper Unistrut Clamp | 6 | 0.00 |
| Fire Caulk |  |  |
| Solder |  |  |
| Flux |  |  |
| Acetylene |  |  |

Master Plumbers License
M-20856
M-37132

| **Total** | $146,808.00 |
|-----------|-------------|
| **Balance Due** | $146,808.00 |

Page 2

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477U |

**BILL TO**

Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015

**SERVICE TO**

Perdido Living Quarters
DEC 3040

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|          | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order to reconfigure the 4" vertical lines for the toilets in rooms 224A, 222A, 220A, and 218A due to improper location on the prints provided. | | |
| Change order approved by Alan Jamison | | |
| 421.2 man hours divided among 4 to 5 men. | 421.2 | 31,590.00 |
| Materials | | 3,500.00 |

Master Plumbers License
M-20856
M-37132

| Total | $35,090.00 |
|-------|-----------|
| **Balance Due** | $35,090.00 |

SunCoast Plumbing Co., Inc.
1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477V |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order to move some of the cold water piping so that there was sufficient clearance to add the 1/2" thick fiberglass insulation. Total of 48 separate locations reconfigured.<br><br>Approved by Alan Jamison<br><br>109 man hours divided among 4 men<br>Materials | 109.2 | 8,190.00<br>1,720.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $9,910.00 |
|-----------|-----------|
| **Balance Due** | $9,910.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477W |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order to add town new cleanouts. ( 1 ) black water and ( 1 ) gray water in rooms 319A and 331. The labor charges are for three to four men working in these rooms throughout the installation of the clean outs. | | |
| | | |
| Change order approved by Alan Jamison | | |
| | | |
| Labor charges for 51.5 hours | 51.5 | 3,862.50 |
| Materials | | 2,120.00 |
| 3"x12" Galvanized Nipples | 1 | 0.00 |
| 4"x12" Galvanized Nipple | 1 | 0.00 |
| 3" 45's | 2 | 0.00 |
| 3" Street 45's | 2 | 0.00 |
| 3" Wye | 1 | 0.00 |
| 3" CPVC Pipe | 7 | 0.00 |
| 3" 90 | 1 | 0.00 |
| 3" Female Adapter | 1 | 0.00 |
| Fire Caulk | 3 | 0.00 |
| 3/8" Washer | 10 | 0.00 |
| 3/8" Nuts | 10 | 0.00 |
| 3/8" All Thread | 24 | 0.00 |
| 1 5/8" Unistrut | 12 | 0.00 |
| Caddy Clips | 35 | 0.00 |
| 4" 90 | 1 | 0.00 |
| 4" 45 | 3 | 0.00 |
| 4" Wye | 1 | 0.00 |
| 4" CPVC Pipe | 8 | 0.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | |
|-----------|---|
| **Balance Due** | |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477W |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| 4" Female Adapter | 1 | 0.00 |
| Pipe Glue | 3 | 0.00 |
| pipe Dope | 3 | 0.00 |
| Pipe Cleaner | 3 | 0.00 |
| Teflon Tape | 5 | 0.00 |

Master Plumbers License
M-20856
M-37132

| Total | $5,982.50 |
|-------|-----------|
| **Balance Due** | $5,982.50 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477X |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order to relocate the ice maker UPW water line and drain in room 101. The water line took more time to relocate than the drain line. Price includes 25 LF of 1/2" Type K copper piping as well 25 LF of insulation. | | |
| | | |
| Change order approved by Casey Wilson | | |
| | | |
| 75.5 man hours divided among two men | 75.5 | 5,662.50 |
| Materials | | 2,980.00 |
| 1/2" Type K Copper Pipe | 30 | 0.00 |
| 1/2 Copper 90 | 14 | 0.00 |
| 1/2" Male Adapter | 6 | 0.00 |
| 1/2" Ball Valve | 3 | 0.00 |
| Unistrut | 10 | 0.00 |
| Hangers | 10 | 0.00 |
| 2" CPVC P-trap | 1 | 0.00 |
| 2" Copper 45 | 6 | 0.00 |
| 2" Wye | 1 | 0.00 |
| 2" Pipe | 7 | 0.00 |
| Glue | 1 | 0.00 |
| Cleaner | 1 | 0.00 |
| Teflon Tape | 2 | 0.00 |
| | | |
| Credit for the insulation | | -225.00 |

Master Plumbers License
M-20856
M-37132

| Total | $8,417.50 |
|-------|-----------|
| Balance Due | $8,417.50 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477Y |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change order to remove the existing CPVC waste lines and replace with copper piping in the Tele-com room # 221. | | |
| | | |
| Plumber for seven days @10 hours per day | 70 | 5,250.00 |
| Plumber for seven days @10 hours per day | 70 | 5,250.00 |
| Materials | | 6,127.53 |
| 3" dialectic couplings copper | 5 | 0.00 |
| 3" Dialectic flange copper | 1 | 0.00 |
| 3"x2" wye copper | 3 | 0.00 |
| 3"x2" reducer copper | 1 | 0.00 |
| 2" Street 45's copper | 2 | 0.00 |
| 2" Long Sweep 90's | 4 | 0.00 |
| 3" 45's copper | 10 | 0.00 |
| 3" Long Sweep 90's | 3 | 0.00 |
| 3" Brass Wye | 3 | 0.00 |
| 3" P-trap Brass | 1 | 0.00 |
| 3" Male Adapter Copper | 5 | 0.00 |
| 2" Male Adapter Copper | 6 | 0.00 |
| 2" Couplings Copper | 3 | 0.00 |
| 3" Coupling Copper | 3 | 0.00 |
| 3" Type K Copper Pipe | 32 | 0.00 |
| 2" Type K Copper Pipe | 24 | 0.00 |
| Roll of Solder | 8 | 0.00 |
| Roll of Flux | 2 | 0.00 |
| Emery | 2 | 0.00 |
| Acetylene | 3 | 0.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | |
|-----------|---|
| **Balance Due** | |

SunCoast Plumbing Co., Inc.
1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/9/2009 | 26477Y |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 2/23/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Teflon | 4 | 0.00 |

Master Plumbers License
M-20856
M-37132

| Total | $16,627.53 |
|-------|-----------|
| Balance Due | $16,627.53 |

Page 2

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/21/2009 | 26477Z |

**BILL TO**

Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015

**SERVICE TO**

Perdido LQ
DEC 3040
Room 103 ( Galley )
Approved by Manuel

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 3/7/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Reconfigure the gray and black waste lines vertically in the ceiling due to slope required by Shell. | | |
| | | |
| Three plumbers at 10 hours per day for three days. | 30 | 6,750.00 |
| Materials | | 4,100.00 |
| 4" Type K Copper | 40 | 0.00 |
| 4" Dialectic Flange | 4 | 0.00 |
| 4" Dialectic Coupling | 2 | 0.00 |
| 4" Copper 45 | 9 | 0.00 |
| 4" Long Sweep 90 | 4 | 0.00 |
| Copper Clamp for Unistrut | 16 | 0.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $10,850.00 |
|-----------|-----------|
| **Balance Due** | $10,850.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/21/2009 | 26477AA |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido LQ<br>Room 415 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 3/7/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Change out the shower valve and the necessary piping from one wall in the restroom to the other. | | |
| Plumber<br>Materials | 8 | 600.00<br>125.00 |

Master Plumbers License
M-20856
M-37132

| Total | $725.00 |
|-------|---------|
| Balance Due | $725.00 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|---|---|
| 1/30/2009 | 26477AB |

| BILL TO | SERVICE TO |
|---|---|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Service to remove the rest of the insulation on the 4th floor and to put new insulation on all floors. This also includes wrapping all the insulation. | | |
| | | |
| Total regular rate labor | 1,325.7 | 59,656.50 |
| Total overtime rate labor | 997.7 | 67,344.75 |

Master Plumbers License
M-20856
M-37132

| Total | $127,001.25 |
|---|---|
| Balance Due | $127,001.25 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/30/2009 | 26477AC |

| BILL TO | SERVICE TO |
|---------|------------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Service to install the chrome plated bronze cleanout covers throughout the living quarters. | | |
| | | |
| Labor for three men for five days at nine hours per day | 135 | 10,125.00 |
| 4" Bronze Cleanout Cover | 36 | 973.08 |
| 3" Bronze Cleanout Cover | 36 | 547.92 |

Master Plumbers License
I-20856
I-37132

| Total | $11,646.00 |
|-------|-----------|
| **Balance Due** | $11,646.00 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/30/2009 | 26477AD |

**BILL TO**

Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015

**SERVICE TO**

Shell Perdido LQ
DEC 3040
Room 205

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Service to reinstall the mop sink that had been pulled off the wall in room 205. | | |
| | | |
| Plumber: Juan | 4.5 | 337.50 |
| Materials | | 17.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $354.50 |
|-----------|---------|
| **Balance Due** | $354.50 |

# Invoice

SunCoast Plumbing Co., Inc.
1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/30/2009 | 26477AE |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Shell Perdido LQ<br>DEC 3040<br>Room 103A |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Service to disconnect and reconnect the stainless steel sink P-16 in room 103A. |  |  |
| Plumber: Juan | 4 | 300.00 |
| Materials |  | 12.50 |

Master Plumbers License
M-20856
M-37132

| **Total** | $312.50 |
|-----------|---------|
| **Balance Due** | $312.50 |

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/30/2009 | 26477AF |

| BILL TO |
|---------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 |

| SERVICE TO |
|------------|
| Perdido Living Quarters<br>DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
|  | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Purchase of five 2" cast iron p-traps for the mop sinks. | | |
| | | |
| Cast Iron P-traps | 5 | 92.55 |
| Freight | | 30.00 |

Master Plumbers License
M-20856
M-37132

| **Total** | $122.55 |
|-----------|---------|
| **Balance Due** | $122.55 |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 1/30/2009 | 26477AG |

| BILL TO | SERVICE TO |
|---------|-----------|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040<br>Belly Pan |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Service to install and test the piping below the belly pan. | | |
| | | |
| Plumber: Richard - engineering on the belly- rate of $95.00- NC | 20 | 0.00 |
| Labor for installation- 7 people for nine days at 10 hours per day | 630 | 47,250.00 |
| Labor for testing- 2 people for two days at 10 hours per day | 40 | 3,000.00 |
| | | |
| Materials | | 20,968.26 |
| 4" CPVC Pipe | 240 | |
| 3" CPVC Pipe | 120 | |
| 2" CPVC Pipe | 140 | |
| 2" CPVC 90 | 70 | |
| 2" CPVC 45 | 16 | |
| 2" CPVC Street 45 | 10 | |
| 2" CPVC Wye | 3 | |
| 2" CPVC Female Adapter | 33 | |
| 2" CPVC Coupling | 3 | |
| 2" CPVC 1/16 | 6 | |
| 2" CPVC Street 90 | 5 | |
| 3" CPVC 45 | 7 | |
| 3" CPVC Street 90 | 4 | |
| 3" CPVC Female Adapter | 7 | |
| 3" CPVC Coupling | 5 | |
| 3" CPVC Wye | 7 | |
| 3" x 2" CPVC Bushing | 6 | |
| 3" x 2" CPVC Wye | 10 | |
| 3" CPVC Street 45 | 10 | |

Master Plumbers License
M-20856
M-37132

| **Total** | |
|-----------|--|
| **Balance Due** | |

SunCoast Plumbing Co., Inc.

# Invoice

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|---|---|
| 1/30/2009 | 26477AG |

| BILL TO | SERVICE TO |
|---|---|
| Delta Engineering<br>Attn: Accounts Payable<br>16415 1/2 Jacintoport Blvd.<br>Houston, TX 77015 | Perdido Living Quarters<br>DEC 3040<br>Belly Pan |

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| 3" CPVC P-trap | 3 | |
| 4" CPVC Long Sweep 90 | 2 | |
| 4" CPVC 45 | 10 | |
| 4" CPVC Wye | 21 | |
| 4" CPVC Female Adapter | 18 | |
| 4" CPVC Coupling | 16 | |
| 4" CPVC Street 45 | 6 | |
| 4" CPVC Street 90 | 1 | |
| 4" x 2" CPVC Wye | 6 | |
| 4" x 3" CPVC Wye | 5 | |
| 4" x 3" CPVC Bushing | 1 | |
| 4" x 2" CPVC Bushing | 8 | |
| 2" CPVC P-trap | 12 | |
| 2" CPVC San-tee | 2 | |
| 2" CPVC 1/16 | 4 | |
| 3" Heavy Duty No-hub Coupling | 2 | |
| Case of Glue | 1 | |
| Case of Primer | 1 | |
| Pipe Dope- Quart size | 4 | |
| Teflon Tape | 135 | |

Master Plumbers License
-20856
-37132

| Total | $71,218.26 |
|---|---|
| Balance Due | $71,218.26 |

Page 2

SunCoast Plumbing Co., Inc.

1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

# Invoice

| DATE | JOB # |
|------|-------|
| 1/30/2009 | 26477AH |

| BILL TO |
|---------|
| Delta Engineering |
| Attn: Accounts Payable |
| 16415 1/2 Jacintoport Blvd. |
| Houston, TX 77015 |

| SERVICE TO |
|------------|
| Perdido Living Quarters |
| DEC 3040 |

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 3/16/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Installation of two hub drains at the serving line and one hub drain at the dishwasher. | | |
| | | |
| Three men for three days at 9 hours per day | 81 | 6,075.00 |
| Galley | | |
| Materials | | 790.93 |
| 2" CPVC Pipe | 7 | |
| 2" P-trap | 2 | |
| 2" CPVC 45 | 2 | |
| 2" CPVC Wye | 2 | |
| Glue | 1 | |
| Cleaner | 1 | |
| | | |
| Dishwasher | | |
| Materials | | 267.51 |
| 3" CPVC Pipe | 5 | |
| 3" P-trap | 1 | |
| 3" CPVC 45 | 1 | |
| 3" Wye | 1 | |
| Glue | 1 | |
| Cleaner | 1 | |

Master Plumbers License
M-20856
M-37132

| Total | $7,133.44 |
|-------|-----------|
| **Balance Due** | $7,133.44 |

# Invoice

SunCoast Plumbing Co., Inc.
1204 Missouri
South Houston, TX 77587
713-944-0046
Fax 713-944-3744

| DATE | JOB # |
|------|-------|
| 2/19/2009 | 26477AI |

**BILL TO**

Delta Engineering
Attn: Accounts Payable
16415 1/2 Jacintoport Blvd.
Houston, TX 77015

**SERVICE TO**

Perdido Living Quarters
DEC 3040

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| | Net 45 | 4/5/2009 |

| DESCRIPTION | HOURS | AMOUNT |
|-------------|-------|--------|
| Final draw for the contract bid to provide plumbing for the living quarters. This billing is for the bid only and does not include any change orders. | | |
| Final billing on contract amount. | | 43,134.15 |

Master Plumbers License
M-20856
M-37132

| | |
|---|---|
| **Total** | $43,134.15 |
| **Balance Due** | $43,134.15 |