G

# FAUBUS & SCARBOROUGH LLP

### ATTORNEYS AND COUNSELORS

713-222-6400
TELEPHONE

1010 LAMAR, SUITE 1020
HOUSTON, TEXAS 77002

713-222-7240
FACSIMILE

**ROBERT F. GALTNEY**
rob@fscounsel.com

July 8, 2009

*VIA CM/RRR 7004 2510 0001 5570 5806*
BP Exploration & Production Inc.
c/o CT Corporation System
350 North St. Paul St.
Dallas, Texas 75201

> RE:    Notice of lien claimed by Sun Coast Plumbing Co., Inc. against mineral
> property owned by BP Exploration & Production Inc. to secure payment
> for labor and materials supplied to Delta Engineering Corporation for the
> Perdido Regional Development Spar.

To Whom It May Concern:

This letter serves as written notice that Sun Coast Plumbing Co., Inc. ("Sun Coast") claims a lien against mineral property ("lien") on offshore oil and gas fields located in the Alaminos Canyon region of the Gulf of Mexico. These fields include Great White, Silvertip, and Tobago, and are located on Alaminos Canyon blocks 812, 813, 814, 815, 856, 857, 858, 859, 900, and 901. It is my understanding that the above fields are being developed by the Perdido Regional Development Spar ("Perdido"), the topside of which Sun Coast provided labor and material.

Sun Coast contracted with Delta Engineering Corporation ("Delta") to provide material and labor for the construction of living quarters to be attached to the hull of Perdido and used in the production of oil and gas. Delta is a Texas corporation located at 16415½ Jacintoport Boulevard, Houston, Texas 77015. Delta worked on the Perdido living quarters under a contract with Shell International Exploration & Production, who was acting as the agent of mineral owner Shell Offshore Inc. as well as every other mineral owner from which Perdido will produce oil and gas. Sun Coast has provided material and labor to Delta for which it has not been compensated and remains unpaid in the amount of **$656,885.22**. Therefore, Sun Coast is entitled to a lien against the mineral property for which it provided labor and materials.

FAUBUS & SCARBOROUGH LLP
July 8, 2009
Page 2

All offshore mineral leasehold interests developed by Perdido are subject to the lien claimed. **Specifically, a lien is claimed against BP Exploration & Production Inc.'s leases numbered OCS-G 24593, OCS-G 17561, OCS-G 20862, OCS-G 20870, OCS-G 17565, OCS-G 17570, OCS-G 17571, and OCS-G 17566 located on blocks 812, 813, 814 (W/2), 856, 857, 900, 901, and 858 (E/2) of Alaminos Canyon respectively.** Sun Coast claims this lien to secure payment for labor and services rendered to Delta for the benefit of all mineral property owners of the fields developed by Perdido. **A lien affidavit will be filed no earlier than ten (10) days from the date this notice is served.**

Please feel free to contact me with any questions about this lien notice or Sun Coast's involvement with Perdido. Please also direct further correspondence regarding this matter to the undersigned as attorney for Sun Coast.

Very truly yours,

Robert F. Galtney

cc:     BP Exploration & Production Inc. *VIA CM/RRR 7004 2510 0001 5570 5813*
        Shell Offshore Inc.              *VIA U.S. MAIL*
        Shell Oil Company                *VIA U.S. MAIL*
        Patrick S. Quinn                 *VIA U.S. MAIL*
        Delta Engineering Corporation    *VIA U.S. MAIL*

Documents:F&T DOCUMENTS:CLIENT MATTERS:Sun Coast Plumbing:Delta:Correspondence:Letter to BP Exploration & Production Inc. re notice of lien 07.08.09.doc

# FAUBUS & SCARBOROUGH LLP

## ATTORNEYS AND COUNSELORS

| 713-222-6400 | 1010 LAMAR, SUITE 1020 | 713-222-7240 |
|---|---|---|
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

ROBERT F. GALTNEY
rob@fscounsel.com

July 8, 2009

**VIA CM/RRR 7004 2510 0001 5570 5820**
Chevron U.S.A. Inc.
c/o Prentice-Hall Corp System, Inc.
701 Brazos Street, Suite 1050
Austin, Texas 78701

> RE:   Notice of lien claimed by Sun Coast Plumbing Co., Inc. against mineral property owned by Chevron U.S.A. Inc. to secure payment for labor and materials supplied to Delta Engineering Corporation for the Perdido Regional Development Spar.

To Whom It May Concern:

This letter serves as written notice that Sun Coast Plumbing Co., Inc. ("Sun Coast") claims a lien against mineral property ("lien") on offshore oil and gas fields located in the Alaminos Canyon region of the Gulf of Mexico. These fields include Great White, Silvertip, and Tobago, and are located on Alaminos Canyon blocks 812, 813, 814, 815, 856, 857, 858, 859, 900, and 901. It is my understanding that the above fields are being developed by the Perdido Regional Development Spar ("Perdido"), the topside of which Sun Coast provided labor and material.

Sun Coast contracted with Delta Engineering Corporation ("Delta") to provide material and labor for the construction of living quarters to be attached to the hull of Perdido and used in the production of oil and gas. Delta is a Texas corporation located at 16415½ Jacintoport Boulevard, Houston, Texas 77015. Delta worked on the Perdido living quarters under a contract with Shell International Exploration & Production, who was acting as the agent of mineral owner Shell Offshore Inc. as well as every other mineral owner from which Perdido will produce oil and gas. Sun Coast has provided material and labor to Delta for which it has not been compensated and remains unpaid in the amount of **$656,885.22**. Therefore, Sun Coast is entitled to a lien against the mineral property for which it provided labor and materials.

FAUBUS & SCARBOROUGH LLP
July 8, 2009
Page 2

All offshore mineral leasehold interests developed by Perdido are subject to the lien claimed. **Specifically, a lien is claimed against Chevron U.S.A. Inc.'s leases numbered OCS-G 19409, OCS-G 17566, OCS-G 20871, OCS-G 24593, OCS-G 17561, OCS-G 20862, OCS-G 20870, OCS-G 17565, OCS-G 17570, and OCS-G 17571 located on blocks 815, 858 (E/2), 859, 812, 813, 814 (W/2), 856, 857, 900, and 901 of Alaminos Canyon respectively.** Sun Coast claims this lien to secure payment for labor and services rendered to Delta for the benefit of all mineral property owners of the fields developed by Perdido. **A lien affidavit will be filed no earlier than ten (10) days from the date this notice is served.**

Please feel free to contact me with any questions about this lien notice or Sun Coast's involvement with Perdido. Please also direct further correspondence regarding this matter to the undersigned as attorney for Sun Coast.

Very truly yours,

Robert F. Galtney

cc:   Chevron U.S.A. Inc.          *VIA CM/RRR 7004 2510 0001 5570 58377*
      Shell Offshore Inc.           *VIA U.S. MAIL*
      Shell Oil Company             *VIA U.S. MAIL*
      Patrick S. Quinn              *VIA U.S. MAIL*
      Delta Engineering Corporation *VIA U.S. MAIL*

# FAUBUS & SCARBOROUGH LLP

## ATTORNEYS AND COUNSELORS

713-222-6400
TELEPHONE

1010 LAMAR, SUITE 1020
HOUSTON, TEXAS 77002

713-222-7240
FACSIMILE

**ROBERT F. GALTNEY**
rob@fscounsel.com

July 8, 2009

*VIA CM/RRR 7004 2510 5570 5783*
Nexen Petroleum Offshore U.S.A. Inc.
c/o Corporation Service Company
701 Brazos Street, Suite1050
Austin, Texas 78701

RE:   Notice of lien claimed by Sun Coast Plumbing Co., Inc. against mineral
property owned by Nexen Petroleum Offshore U.S.A. Inc. to secure
payment for labor and materials supplied to Delta Engineering
Corporation for the Perdido Regional Development Spar.

To Whom It May Concern:

This letter serves as written notice that Sun Coast Plumbing Co., Inc. ("Sun Coast") claims a lien against mineral property ("lien") on offshore oil and gas fields located in the Alaminos Canyon region of the Gulf of Mexico. These fields include Great White, Silvertip, and Tobago, and are located on Alaminos Canyon blocks 812, 813, 814, 815, 856, 857, 858, 859, 900, and 901. It is my understanding that the above fields are being developed by the Perdido Regional Development Spar ("Perdido"), the topside of which Sun Coast provided labor and material.

Sun Coast contracted with Delta Engineering Corporation ("Delta") to provide material and labor for the construction of living quarters to be attached to the hull of Perdido and used in the production of oil and gas. Delta is a Texas corporation located at 16415½ Jacintoport Boulevard, Houston, Texas 77015. Delta worked on the Perdido living quarters under a contract with Shell International Exploration & Production, who was acting as the agent of mineral owner Shell Offshore Inc. as well as every other mineral owner from which Perdido will produce oil and gas. Sun Coast has provided material and labor to Delta for which it has not been compensated and remains unpaid in the amount of **$656,884.72**. Therefore, Sun Coast is entitled to a lien against the mineral property for which it provided labor and materials.

FAUBUS & SCARBOROUGH LLP
July 8, 2009
Page 2

All offshore mineral leasehold interests developed by Perdido are subject to the lien claimed. **Specifically, a lien is claimed against Nexen Petroleum Offshore U.S.A. Inc.'s leases numbered OCS-G 17566 and OCS-G 20871 located on blocks 858 (E/2) and 859 of Alaminos Canyon respectively.** Sun Coast claims this lien to secure payment for labor and services rendered to Delta for the benefit of all mineral property owners of the fields developed by Perdido. **A lien affidavit will be filed no earlier than ten (10) days from the date this notice is served.**

Please feel free to contact me with any questions about this lien notice or Sun Coast's involvement with Perdido. Please also direct further correspondence regarding this matter to the undersigned as attorney for Sun Coast.

Very truly yours,

Robert F. Galtney

cc:     Nexen Petroleum Offshore      *VIA CM/RRR 7004 2510 0001 5570 5790*
        U.S.A. Inc.
        Shell Offshore Inc.            *VIA U.S. MAIL*
        Shell Oil Company              *VIA U.S. MAIL*
        Patrick S. Quinn               *VIA U.S. MAIL*
        Delta Engineering Corporation  *VIA U.S. MAIL*

# FAUBUS & SCARBOROUGH LLP

### ATTORNEYS AND COUNSELORS

| 713-222-6400 | 1010 LAMAR, SUITE 1020 | 713-222-7240 |
|---|---|---|
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

---

ROBERT F. GALTNEY
rob@fscounsel.com

July 8, 2009

*VIA CM/RRR 7004 2510 0001 5570 5769*
Union Oil Company of California
c/o Corporation Service Company
d/b/a CSC-Lawyers Incorporating Service Company
701 Brazos Street, Suite1050
Austin, Texas 78701

> RE: Notice of lien claimed by Sun Coast Plumbing Co., Inc. against mineral property owned by Union Oil Company of California to secure payment for labor and materials supplied to Delta Engineering Corporation for the Perdido Regional Development Spar.

To Whom It May Concern:

This letter serves as written notice that Sun Coast Plumbing Co., Inc. ("Sun Coast") claims a lien against mineral property ("lien") on offshore oil and gas fields located in the Alaminos Canyon region of the Gulf of Mexico. These fields include Great White, Silvertip, and Tobago, and are located on Alaminos Canyon blocks 812, 813, 814, 815, 856, 857, 858, 859, 900, and 901. It is my understanding that the above fields are being developed by the Perdido Regional Development Spar ("Perdido"), the topside of which Sun Coast provided labor and material.

Sun Coast contracted with Delta Engineering Corporation ("Delta") to provide material and labor for the construction of living quarters to be attached to the hull of Perdido and used in the production of oil and gas. Delta is a Texas corporation located at 16415½ Jacintoport Boulevard, Houston, Texas 77015. Delta worked on the Perdido living quarters under a contract with Shell International Exploration & Production, who was acting as the agent of mineral owner Shell Offshore Inc. as well as every other mineral owner from which Perdido will produce oil and gas. Sun Coast has provided material and labor to Delta for which it has not been compensated and remains unpaid in the amount of **$656,885.22**. Therefore, Sun Coast is entitled to a lien against the mineral

**FAUBUS & SCARBOROUGH LLP**
July 8, 2009
Page 2

property for which it provided labor and materials.

All offshore mineral leasehold interests developed by Perdido are subject to the lien claimed. **Specifically, a lien is claimed against Union Oil Company of California's leases numbered OCS-G 17566 and OCS-G 20871 located on blocks 858 (E/2) and 859 of Alaminos Canyon respectively.** Sun Coast claims this lien to secure payment for labor and services rendered to Delta for the benefit of all mineral property owners of the fields developed by Perdido. **A lien affidavit will be filed no earlier than ten (10) days from the date this notice is served.**

Please feel free to contact me with any questions about this lien notice or Sun Coast's involvement with Perdido. Please also direct further correspondence regarding this matter to the undersigned as attorney for Sun Coast.

Very truly yours,

Robert F. Galtney

cc:  Union Oil Co. of California       *VIA CM/RRR 7004 2510 0001 5570 5776*
     Shell Offshore Inc.               *VIA U.S. MAIL*
     Shell Oil Company                 *VIA U.S. MAIL*
     Patrick S. Quinn                  *VIA U.S. MAIL*
     Delta Engineering Corporation     *VIA U.S. MAIL*