Citation for Personal Service  - BY CERTIFIED MAIL      Lit. Seq. # 5.004.01

**ORIGINAL**

No. 2009-07-004343-G

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may b taken against you.

TO: CHEVRON U.S.A. INC.
SERVING ITS REGISTERED AGENT
PRENTICE-HALL CORP SYSTEM INC.
701 BRAZOS STREET, STE. 1050
AUSTIN, TEXAS 78701

the      DEFENDANT      , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404TH Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas. Said     PETITION     was filed on     JULY 28, 2009    . A copy of same accompanies this citation.

The file number of said suit being No. 2009-07-004343-G.

The style of the case is:

SUN COAST PLUMBING CO., INC.
VS.
SHELL OFFSHORE INC., BP EXPLORATION, ET AL

Said petition was filed in said court by     DAX O. FAUBUS    
(Attorney for     PLAINTIFF    ), whose address is
1010 LAMAR , STE 1020 HOUSTON, TEXAS   77002

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of     JULY    , A.D. 2009.

     AURORA DE LA GARZA     , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _Rosie Sheldon Sotelo_____, Deputy



| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER                TITLE

ADDRESS

CITY            STATE        ZIP

---

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the __28th__ of __JULY__ __2009__, I mailed to

__CHEVRON U.S.A. INC.__

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. __9266-9785__
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

__AURORA DE LA GARZA__, District Clerk
Cameron County, Texas

By: _Rosie Shelden-Sotelo_, Deputy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CITATION ISSUED 07/28/09 2009-07-4343-C

7008 0500 0000 9266 9785

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Street, Apt. No.;  CHEVRON U.S.A. INC.
or PO Box No.     SERVING ITS REGISTERED AGENT
City, State, ZIP  PRENTICE-HALL CORP SYSTEM, INC.

PS Form 3800, August 2006        See Reverse for Instructions