IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUN COAST PLUMBING CO., INC. | § § | |
| VS. | § § | CIVIL ACTION NO. _____ |
| SHELL OFFSHORE, INC.; BP EXPLORATION & PRODUCTION INC.; CHEVRON U.S.A. INC.; NEXEN PETROLEUM OFFSHORE U.S.A., INC.; and UNION OIL COMPANY OF CALIFORNIA | § § § § § § § § | |

## **INDEX OF DOCUMENTS FILED**

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

    a. State Court's Docket Sheet
    b. Plaintiff's Original Petition
    c. Citation served on Shell Offshore, Inc.
    d. Citation served on BP Exploration & Production, Inc.
    e. Citation served on Chevron U.S.A. Inc.
    f. Citation served on Nexen Petroleum Offshore U.S.A., Inc.
    g. Citation served on Union Oil Company of California
    d. Defendant Nexen Petroleum Offshore U.S.A. Inc.'s Original Answer

3. Notice to District Clerk of Filing of Notice of Removal

4. Index of Attorneys

5. Index of Documents Filed